No. 192. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* TOWN OF PLYMOUTH ET AL. In error to the Supreme Court of Errors of the State of Connecticut. Submitted March 16, 1904. Decided March 21, 1904. *Per Curiam.* Dismissed for the want of jurisdiction, on authority of *Sayward* v. *Denny,* 158 U. S. 180; *Layton* v. *Missouri,* 187 U. S. 356; *Hooker* v. *Los Angeles,* 188 U. S. 314; *Ansbro* v. *United States,* 159 U. S. 695; *New York and New England Railroad Company* v. *Bristol,* 151 U. S. 556. *Mr. William F. Henney* for plaintiff in error. *Mr. Charles E. Perkins* and *Mr. Samuel A. Herman* for defendants in error.

- No. 193. M. J. COVENTRY ET AL., PLAINTIFFS IN ERROR, *v.* J. W. DAVIS ET AL. In error to the Supreme Court of the State of Kansas. Submitted March 18, 1904. Decided March 21, 1904. *Per Curiam.* Dismissed for the want of jurisdiction, on authority of *New Orleans Waterworks Company* v. *Louisiana,* 185 U. S. 336; *Sayward* v. *Denny,* 158 U. S. 180. Case reported in state court, 65 Kansas, 557. *Mr. Eugene F. Ware* for the plaintiffs in error. *Mr. J. D. McCleverty* and *Mr. W. P. Dillard* for defendants in error.